**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRACEY CORBITT,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **CIV. NO. 20-04950-CFK** |
| | **:** | |
| **KILOLO KIJAKAZI,** | **:** | |
| **Commissioner of Social Security,** | **:** | |
| **Defendant.** | **:** | |

## O R D E R

AND NOW this  2nd  day of  May  , 2022, upon consideration of the parties'
submissions, and after careful and independent review of the Report and
Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 20), it
is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Doc. No. 14) is GRANTED, and the matter is
   REMANDED in accordance with the fourth sentence of 42 U.S.C. § 405(g) to
   the Commissioner of Social Security for further proceedings consistent with
   the Report and Recommendation;

3. JUDGMENT IS ENTERED by separate document, filed contemporaneously.
   *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30
   F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

4.  The Clerk of Court shall mark this case CLOSED for all purposes including statistics.

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY**
**United States District Court Judge**